Opinion filed November 3, 2005 












 
 
  
 
 







 
 
  
 
 




Opinion filed November 3, 2005 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00113-CV 

 

                                                    __________

 

                                     FRED FORSTER, III, Appellant

 

                                                             V.

 

         JELCO
ENERGY, INC. AND CATHEDRAL GAS CORPORATION, 

                                                                     Appellees

 



 

                                         On
Appeal from the 238th District Court

 

                                                        Midland
County, Texas

 

                                                Trial
Court Cause No. CV-44,631

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

This is an appeal from a judgment granting a
petition for bill of review, vacating a prior judgment, and ordering a new
trial.  We dismiss for want of
jurisdiction.








In 2002, Fred Forster, III sued Jelco Energy, Inc.
and Cathedral Gas Corporation.  On August
20, 2003, the trial court signed a default judgment against Jelco and
Cathedral.  On May 27, 2004, Jelco and
Cathedral filed a petition for bill of review challenging the August 20, 2003,
judgment.  Jelco and Cathedral asked that
the trial court vacate the August 20, 2003, judgment and order a new trial.

On January 24, 2005, the trial court signed the
judgment granting the bill of review.  In
this judgment, the trial court vacated the prior August 20, 2003, judgment and
ordered a new trial.  Forster perfected
this appeal.

Jelco and Cathedral have filed in this court a
motion to dismiss the appeal.  Relying on
Jordan v. Jordan, 907 S.W.2d 471 (Tex.1995), Jelco and Cathedral contend
that the January 24, 2005, judgment is interlocutory and not appealable.  We agree. 

The January 24, 2005, judgment set aside the prior
judgment but did not dispose of the merits of the case; therefore, the January
24, 2005, judgment is not a final, appealable judgment.  Jordan v. Jordan, supra; In
re Parker, 117 S.W.3d 484, 488 (Tex.App. - Texarkana 2003, orig.
proceeding); Hartford Underwriters Insurance v. Mills, 110 S.W.3d 588,
591 (Tex.App. - Fort Worth 2003, no pet=n);
Mills v. Corvettes of Houston, Inc., 44 S.W.3d 197, 199 (Tex.App. -
Houston [14th Dist.] 2001, no pet=n);
Edison v. Beta Financial Corporation, 994 S.W.2d 827, 828 n.1 (Tex.App.
- Eastland 1999, pet=n
den=d). 
The motion is granted.

The appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

November 3, 2005

Not designated for publication. 
See TEX.R.APP.P. 47.2(a).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.